0033-5T-EPIB5T-00204963-248925

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

| IN RE: | DATE 01/31/2018 | CASE No. 17-30154 G |
|---|---|---|
| CHAD W & TARA J TOPP | | |
| 112 HERBSTRITT COURT | | SS #1  XXX-XX-6015 |
| WAPAKONETA, OH 45895 | | SS #2  XXX-XX-2527 |

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002.  Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid.  If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| | FIFTH THIRD BANK / 5050 KINGSLEY DR | | | Not Filed |
| | CINCINNATI, OH 45227 | | | |
| | BANK OF AMERICA / PO BOX 982238 | | | Not Filed |
| | EL PASO, TX 79998 | | | |
| | CHASE CARD SERVICES / PO BOX 15298 | | | Not Filed |
| | WILMINGTON, DE 19850-5298 | | | |
| | BARCLAYS BANK DELAWARE / PO BOX 8803 | | | Not Filed |
| | WILMINGTON, DE 19899 | | | |
| | LIMA MEMORIAL HEALTH / SYSTEM | | | Not Filed |
| | P O BOX 713223 / COLUMBUS, OH 43271-3223 | | | |
| | CHASE CARD SERVICES / PO BOX 15298 | | | Not Filed |
| | WILMINGTON, DE 19850-5298 | | | |
| | AMERICAN HONDA FINANCE / 2170 POINT BLVD | | | Not Filed |
| | STE 100 / ELGIN, IL 60123 | | | |
| | CHASE CARD SERVICES / PO BOX 94014 | | | Not Filed |
| | PALATINE, IL 60094 | | | |
| | COMENITY BANK / 4590 E BROAD ST. | | | Not Filed |
| | COLUMBUS, OH 43213 | | | |
| | COMENITY BANK / 4590 E BROAD ST. | | | Not Filed |
| | COLUMBUS, OH 43213 | | | |
| | ST MARYS CHRYSLER / 500 MCKINLEY RD | | | Not Filed |
| | SAINT MARYS, OH 45885-1803 | | | |
| | LIMA MEMORIAL HEALTH / SYSTEM | | | Not Filed |
| | P O BOX 713223 / COLUMBUS, OH 43271-3223 | | | |
| | SYNCHRONY BANK/JC PENNEY / PO BOX 965007 | | | Not Filed |
| | ORLANDO, FL 32896 | | | |

                                                                                    0.00        Debtor's Attorney

WILLIAM L. SWOPE
610 TIFFIN AVE
SUITE A
FINDLAY, OH 45840-5718

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE: 02/14/2018                                          /s/Elizabeth A. Vaughan

                                                          Elizabeth A. Vaughan
                                                          Chapter 13 Trustee

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

| IN RE: | | DATE 01/31/2018 | CASE No. 17-30154 G |
|---|---|---|---|
| | CHAD W & TARA J TOPP | | |
| | 112 HERBSTRITT COURT | | SS #1  XXX-XX-6015 |
| | WAPAKONETA, OH 45895 | | SS #2  XXX-XX-2527 |

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002.  Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid.  If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| | AMERICAN HONDA FINANCE / 2170 POINT BLVD STE 100 / ELGIN, IL 60123 | | | Not Filed |
| | SYNCHRONY BANK / PO BOX 965005 ORLANDO, FL 32896-5005 | | | Not Filed |
| | SYNCHRONY BANK / PO BOX 965036 ORLANDO, FL 32896-5036 | | | Not Filed |
| | COMENITY BANK / PO BOX 182789 COLUMBUS, OH 43218 | | | Not Filed |
| | SYNCHRONY BANK / PO BOX 965005 ORLANDO, FL 32896-5005 | | | Not Filed |
| | SYNCHRONY BANK/WALMART / PO BOX 965024 ORLANDO, FL 32896-5024 | | | Not Filed |
| | SYNCHRONY BANK/AMAZON / PO BOX 965015 ORLANDO, FL 32896 | | | Not Filed |
| | WESTERN ALLIANCE BANK / ONE EAST WASHINGTON ST., STE 1400 PHOENIX, AZ 85004 | | | Not Filed |
| | HONDA FINANCIAL / ALLAN NOTT ENT. INC 3500 ELIDA RD / LIMA, OH 45807 | | | Not Filed |
| | SYNCHRONY BANK/GAP / PO BOX 965005 ORLANDO, FL 32896 | | | Not Filed |
| | COMENITY BANK / PO BOX 182789 COLUMBUS, OH 43218 | | | Not Filed |
| 001 | AMERICAN HONDA FINANCE CORP. / P O BOX 168088 IRVING, TX 75016-8088 | 12,945.41 | 88.0000 | Unsecured |
| 002 | AMERICAN HONDA FINANCE CORP. / P O BOX 168088 IRVING, TX 75016-8088 | 25,933.52 | | DirectPay |

| | 0.00 | Debtor's Attorney |
|---|---|---|

WILLIAM L. SWOPE
610 TIFFIN AVE
SUITE A
FINDLAY, OH 45840-5718

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE:  02/14/2018

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan
Chapter 13 Trustee

0033-5T-EPIB5T-00204963-248925

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

| IN RE: | DATE | 01/31/2018 | CASE No. 17-30154 G |
|---|---|---|---|

CHAD W & TARA J TOPP
112 HERBSTRITT COURT
WAPAKONETA, OH 45895

SS #1 XXX-XX-6015
SS #2 XXX-XX-2527

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002. Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid. If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 003 | AMERICAN HONDA FINANCE / P. O. BOX 168088<br>IRVING, TX 75016-8088 | None | | Secured |
| 004 | FIFTH THIRD BANK / P O BOX 9013<br>ADDISON, TX 75001 | 4,965.72 | 88.0000 | Unsecured |
| 005 | VERIZON BY AMERICAN INFOSOURCE LP / 4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | 182.76 | 88.0000 | Unsecured |
| 006 | CAVALRY SPV I, LLC / 500 SUMMIT LAKE DRIVE, SUITE 400<br>VALHALLA, NY 10595 | 2,256.17 | 88.0000 | Unsecured |
| 007 | CAVALRY SPV I, LLC / 500 SUMMIT LAKE DRIVE, SUITE 400<br>VALHALLA, NY 10595 | 1,433.62 | 88.0000 | Unsecured |
| 008 | CAPITAL ONE NA / C/O BECKET AND LEE LLP<br>PO BOX 3001 / MALVERN, PA 19355-0701 | 1,761.36 | 88.0000 | Unsecured |
| 009 | SANTANDER CONSUMER USA, INC. / DBA CHRYSLER CAPITAL<br>PO BOX 961275 / FORT WORTH, TX 76161 | 11,756.02 | | DirectPay |
| 010 | DEPARTMENT STORE NATIONAL BANK / C/O QUANTUM3 GROUP LLC<br>PO BOX 657 / KIRKLAND, WA 98083-0657 | 1,809.29 | 88.0000 | Unsecured |
| 011 | CAVALRY SPV I, LLC / BASS & ASSOCIATES<br>3936 E. FT. LOWELL RD., SUITE 200 / TUCSON, AZ 85712 | 817.98 | 88.0000 | Unsecured |
| | Total | 63,861.85 | ******* | |
| | | 0.00 | | Debtor's Attorney |

WILLIAM L. SWOPE
610 TIFFIN AVE
SUITE A
FINDLAY, OH 45840-5718

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE: 02/14/2018

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan
Chapter 13 Trustee